UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 4:00CR167(JCH) |
| REGINALD FARMER, | ) ) ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that William Margulis, 11 S. Meramec Avenue, Suite 1330, Clayton, Missouri 63105, (314) 721-6677, is appointed to represent Defendant Reginald Farmer in this cause of action.

**IT IS FURTHER ORDERED** that upon request from newly appointed counsel, the Clerk's Office shall provide copies of the case file.

Dated this 23rd day of February, 2006

\s\ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE